UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:24-cv-3300 |
|---|---|---|---|

| ROBERT S. GARNER a/k/a SCOTT GARNER, individually and on behalf of all others similarly situated |
|---|
| *versus* |
| AXIP ENERGY SERVICES, LP |

| | |
|---:|---|
| Lawyer's Name | Philip J. Krzeski |
| Firm | Chestnut Cambronne PA |
| Street | 100 Washington Avenue South, Suite 1700 |
| City & Zip Code | Minneapolis, MN 55401 |
| Telephone & Email | (612) 339-7300 - pkrzeski@chestnutcambronne.com |
| Licensed: State & Number | State: MN [0403291] Ohio [95713] |
| Federal Bar & Number | Federal: MN [0403291] Ohio [95713] |

| Name of party applicant seeks to appear for: | Robert Garner a/k/a Scott Garner |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes ___   ___   No ___ ✔ ___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 9/6/2024 | Signed: | /s/ Philip J. Krzeski |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:   Clerk's signature |

**Order**        **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
United States District Judge