**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
September 09, 2024
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Robert Garner | § | |
| | § | |
| *versus* | § | Civil Action 4:24−cv−03300 |
| | § | |
| Axip Energy Service, LP | § | |

## Recusal Order

1.    I stand recused in this case.

2.    Deadlines in scheduling orders subsist. Court settings are vacated.

    Signed on September 9, 2024, at Houston, Texas.


_____
David Hittner
United States District Judge