**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Robert Garner | § | |
| | § | |
| *versus* | § | Civil Action 4:24−cv−03300 |
| | § | |
| Axip Energy Service, LP | § | |

# Notice of Reassignment

This case is reassigned to Judge Andrew S Hanen.

Entered:  September 10, 2024                                    Nathan Ochsner, Clerk