# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Robert Garner

v.                                          Case Number: 4:24–cv–03300

Axip Energy Service, LP

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Dena Hanovice Palermo**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1616442252?pwd=nuYaIP70uGKxSJ6Ez06LRm1oDVaonr.1*
Meeting phone number:
Meeting ID: 161 644 2252
Meeting Password: 288925

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 11/7/2024

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   September 16, 2024                                          Nathan Ochsner, Clerk