## Southern District of Texas - Houston Division, Texas

**515 RUSK ST HOUSTON TX 77002**

## CASE #: 4:24-CV-03300

**ROBERT S. GARNER A/K/A SCOTT GARNER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

*Plaintiff*
**vs**
**AXIP ENERGY SERVICES, LP**

*Defendant*

### AFFIDAVIT OF SERVICE

**I, WILLIAM THOMAS HOAGLAND, make statement to the fact;**
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit.  That I received the documents stated below on 09/10/24 10:06 pm, instructing for same to be delivered upon AXIP ENERGY SERVICES, LP BY DELIVERING TO REGISTERED AGENT, CAPITOL CORPORATE SERVICES INC..

That I delivered to: AXIP ENERGY SERVICES, LP BY DELIVERING TO REGISTERED AGENT, CAPITOL CORPORATE SERVICES INC.. By Delivering to Kenya Santillan, Registered Agent

the following      : SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT JURY TRIAL DEMANDED

at this address    : 1501 S MOPAC EXPY STE 220
                     Austin, Travis County, TX 78746

Manner of Delivery : By PERSONALLY delivering the document(s) to the person above.

Delivered on       : Wednesday SEP 11, 2024 12:23 pm

My name is WILLIAM THOMAS HOAGLAND, my date of birth is FEB 2nd, 1955, and my address is 1260 Verna Brooks Way Kyle TX 78640 and U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.
Executed in Hays County, State of Texas, on the 11th day of September, 2024.

*William T. Hoagland*

WILLIAM THOMAS HOAGLAND      2996    Declarant
TX Certification#: PSC-6549 Exp. 06/30/2025

AX02A24901397                    Service Fee:  95.00  PCP Inv#: A24901397
                                 Witness Fee:    .00
                                 Mileage Fee:    .00  Reference : 20241121.000
                                 Bleichner, Bryan L.

eaffidavits@pcpusa.net                                      SCAN & SHRED

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas ▼

| | |
|---|---|
| ROBERT S. GARNER a/k/a SCOTT GARNER, individually and on behalf of all others similiary situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> AXIP ENERGY SERVICES, LP <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  4:24-cv-3300

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   AXIP ENERGY SERVICES, LP
c/o CAPITOL CORPORATE SERVICES INC.
1501 S MOPAC EXPY STE 220
AUSTIN, TEXAS 78746

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOSH SANFORD
SANFORD LAW FIRM
10800 FINANCIAL CENTRE PKWY, SUITE 510
LITTLE ROCK, AR 72211
(501) 221-0088
josh@sanfordlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: September 6, 2024

*s/ M. LaBee*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  4:24-cv-3300

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: