**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

Robert Garner

v.                                              Case Number: 4:24−cv−03300

Axip Energy Service, LP

---

**NOTICE OF HEARING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Initial Conference set for 12/19/2024 at 10:45 AM before Magistrate Judge Dena Hanovice Palermo, by video.

Date: September 17, 2024

Nathan Ochsner, Clerk, Clerk<br>s/ 4 CarolFelchak, Deputy Clerk