**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ROBERT S. GARNER a/k/a SCOTT GARNER, *individually and on behalf of all others similarly situated* | § § § § | |
| Plaintiff, | § | Civil Action No. 4:24-cv-3300 |
| | § | |
| v. | § § | |
| AXIP ENERGY SERVICES, L.P., | § § | |
| Defendant. | § § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER**
**OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant Axip Energy Services, L.P. ("Axip"), by and through undersigned counsel, hereby filed this Unopposed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint. In support thereof, Axip states as follows:

1.      On September 5, 2024, Plaintiff filed its Complaint in this action. [Doc. 1].

2.      On September 11, 2024, Axip was served with the Summons and Complaint. [Doc. 10].

3.      Axip's response to the Complaint is due October 2, 2024. FED. R. CIV. P. 12(a).

4.      Axip seeks an extension of fourteen (14) days, until October 16, 2024, to file its response.

5.      Plaintiff does not oppose this request for an extension.

DATED: September 30, 2024

Respectfully submitted,

By: */s/ Peter L. Loh*

Peter L. Loh (TX 24036982)
Ana Sofia Batista (TX 24137543)
**FOLEY & LARDNER, LLP**
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
ploh@foley.com
abatista@foley.com

**ATTORNEYS FOR AXIP ENERGY
SERVICES, L.P.**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Axip Energy Services, L.P. conferred with Plaintiff's counsel via phone and email on September 23 and September 30, 2024, and counsel represented they are not opposed to the relief requested.

*/s/ Peter L. Loh*

Peter L. Loh

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been duly served upon all known counsel of record in accordance with the Federal Rules of Civil Procedure on September 30, 2024.

*/s/ Peter L. Loh*

Peter L. Loh