# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT S. GARNER a/k/a SCOTT GARNER, *individually and on behalf of all others similarly situated* | § § § § | |
| Plaintiff, | § | Civil Action No. 4:24-cv-3300 |
| v. | § § § | |
| AXIP ENERGY SERVICES, L.P., | § § | |
| Defendant. | § § | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

This matter is before the Court on Defendant Axip Energy Services, L.P.'s Unopposed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint. The Court having considered the motion and being otherwise sufficiently advised, it is hereby

ORDERED that Defendant's motion is GRANTED and the deadline for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint is extended to and including October 16, 2024.

Date: September ____, 2024

_____
Hon. Andrew S. Hanen
U.S. District Court Judge

**SOLO PAGE**