United States District Court
Southern District of Texas
**ENTERED**
October 06, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT S. GARNER a/k/a SCOTT GARNER, *individually and on behalf of all others similarly situated* | § § § § | |
| Plaintiff, | § § | Civil Action No. 4:24-cv-3300 |
| v. | § § | |
| AXIP ENERGY SERVICES, L.P., | § § § | |
| Defendant. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

This matter is before the Court on Defendant Axip Energy Services, L.P.'s Unopposed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint. The Court having considered the motion and being otherwise sufficiently advised, it is hereby

ORDERED that Defendant's motion is GRANTED and the deadline for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint is extended to and including October 16, 2024.

Date: October 3, 2024.

_____
Hon. Andrew S. Hanen
U.S. District Court Judge

SOLO PAGE