**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ROBERT S. GARNER a/k/a SCOTT GARNER, *individually and on behalf of all others similarly situated* | § § § § | |
| Plaintiff, | § | Civil Action No. 4:24-cv-3300 |
| | § | |
| v. | § | |
| | § | |
| AXIP ENERGY SERVICES, LP, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING AXIP'S MOTION TO DISMISS

This matter is before the Court on Defendant Axip Energy Services, LP's ("Axip") Motion to Dismiss Plaintiff's First Amended Class Action Complaint ("Amended Complaint"). The Court having considered the Motion, the response, if any, the pleadings and authorities, and being otherwise sufficiently advised, finds good cause to GRANT the Motion. Accordingly, it is

ORDERED that Plaintiff's Amended Complaint be dismissed for lack of standing. It is further

ORDERED that Plaintiff's Amended Complaint be dismissed for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). It is further

ORDERED that all claims brought by Plaintiff Robert S. Garner for DISMISSED WITH PREJUDICE; it is further

ORDERED that each party shall bear its own costs.

Dated: _____, 2024

_____
Hon. Andrew S. Hanen
U.S. District Court Judge