# EXHIBIT A

# AXIP

Secure Processing Center
P.O. Box 3826
Suwanee, GA 30024

Postal Endorsement Line
<<Full Name>>
<<Address 1>>
<<Address 2>>
<<Address 3>>
<<City>>, <<State>> <<Zip>>
<<Country>>
***Postal IMB Barcode

<<Date>>

**NOTICE OF DATA BREACH**

Dear <<Full Name>>:

At Axip Energy Services, LP, formerly known as Valerus Compression Services, LP ("Axip"), we value and respect the privacy of your information, which is why we are writing to inform you of a recent security incident that may involve some of your personal information. This letter contains information about what happened, the measures taken in response, and steps you can take to help protect your information. You are receiving this letter because you are a former employee, limited partner, contractor, or director of Axip.

## WHAT HAPPENED?

We recently detected a security event impacting our internal systems and took immediate steps to investigate, contain and eradicate the incident with the assistance of outside forensic consultants. The investigation determined that an unauthorized third party accessed and copied files contained within certain segments of our network between approximately March 1, 2024 and May 6, 2024. As part of this investigation, we initiated a detailed review of these files to determine whether personal information belonging to individuals may have been accessible to the unauthorized party. Our review concluded on July 26, 2024, at which time we determined that some of your personal information was contained within the affected files.

## WHAT INFORMATION WAS INVOLVED?

Our review recently determined that the files accessed and/or copied from our environment contained some of your personal information, including your full name and possibly your date of birth, Social Security number, and/or bank account and routing number. In addition, if you are a former employee, it is possible that your passport number, driver's license number, and/or health insurance information was also involved in this incident (if such information was shared with us as part of your employment with Axip).

## WHAT WE ARE DOING.

Upon discovering the event, we moved quickly to initiate a response, which included working closely with forensic consultants to investigate, contain and eradicate the incident, as well as to confirm the security of our network environment. We also notified federal law enforcement authorities of the incident, wiped and rebuilt affected systems, and have begun implementing additional security measures to help further enhance the privacy and security of information stored on our systems. To help relieve concerns and restore confidence following this incident, we have arranged for you to enroll in a complimentary credit monitoring service for 12 months, at no cost to you, through CyEx. A description of this service and instructions on how to enroll can be found within the enclosed "Other Important Information" document included with this letter.

**WHAT YOU CAN DO.**

Please also review the enclosed "Other Important Information" document included with this letter for further steps you can take to protect your information, including recommendations by the Federal Trade Commission regarding identity theft protection and details on how to place a fraud alert or a security freeze on your credit file. It is also recommended that you remain vigilant for incidents of fraud and identity theft by reviewing your account statements and monitoring your credit reports for unauthorized activity. If you discover any suspicious or unusual activity on your accounts, you should promptly notify the financial institution or company with which your account is maintained.

**FOR MORE INFORMATION.**

For further information and assistance, please call our dedicated incident response line at (833) 215-2940 between 8:00 a.m. to 8:00 p.m. Central Time, Monday through Friday, excluding holidays.

Sincerely,

Stephen Childress
CFO
Axip Energy Services, LP

## OTHER IMPORTANT INFORMATION

1. **Enrolling in Complimentary Credit Monitoring.**



<<Full Name>>
**Enter your Activation Code:** <<Activation Code>>
**Enrollment Deadline:** <<Enrollment Deadline>>
**Service Term:** 12 Months*

## Identity Defense Complete

Enrollment Instructions

To enroll in Identity Defense, visit app.identitydefense.com/enrollment/activate/aeslp

1. **Enter your unique Activation Code: <<Activation Code>>**
   Enter your Activation Code and click 'Redeem Code'.
2. **Create Your Account**
   Enter your email address, create your password, and click 'Create Account'.
3. **Register**
   Enter your legal name, home address, phone number, date of birth, Social Security Number, and click 'Complete Account'.
4. **Complete Activation**
   Click 'Continue to Dashboard' to finish enrolling.

**The deadline to enroll is <<Enrollment Deadline>>.** After <<Enrollment Deadline>>, the enrollment process will close, and your Identity Defense code will no longer be active. **If you do not enroll by <<Enrollment Deadline>>, you will not be able to take advantage of Identity Defense, so please enroll before the deadline.**

If you need assistance with the enrollment process or have questions regarding Identity Defense, please call Identity Defense directly at 1.866.622.9303.

Key Features

- 1-Bureau Credit Monitoring
- Monthly Credit Score and Tracker (VantageScore 3.0)
- Real-Time Authentication Alerts
- High-Risk Transaction Monitoring
- Address Change Monitoring
- Dark Web Monitoring
- Wallet Protection
- Security Freeze Assist
- $1 Million Identity Theft Insurance**

---

*Service Term begins on the date of enrollment, provided that the enrollment takes place during the approved enrollment period.

**Identity Theft Insurance is underwritten by insurance company subsidiaries or affiliates of American International Group, Inc. The description herein is a summary and intended for informational purposes only and does not include all terms, conditions, and exclusions of the policies described. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.

2. **Free Credit Report.** You may obtain a copy of your credit report, free of charge, once every 12 months from each of the nationwide credit reporting agencies. To order your annual free credit report please visit www.annualcreditreport.com or call toll free at 1-877-322-8228. You can also order your annual free credit report by mailing a completed Annual Credit Report Request Form (available from the U.S. Federal Trade Commission's (FTC) website at www.consumer.ftc.gov) to: Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348-5281. Contact information for the national credit reporting agencies for the purpose of requesting a copy of your credit report and other general inquiries is provided below:

   - **Equifax**, PO Box 740241, Atlanta, GA 30374, www.equifax.com, 1-800-685-1111
   - **Experian**, PO Box 2104, Allen, TX 75013, www.experian.com, 1-888-397-3742
   - **TransUnion**, PO Box 2000, Chester, PA 19016, www.transunion.com, 1-800-888-4213
   - **Innovis**, PO Box 1689, Pittsburgh, PA 15230-1689, www.innovis.com, 1-800-540-2505

3. **Fraud Alert.** You have the right to place an initial or extended "fraud alert" on your file at no cost by contacting any of the nationwide credit reporting agencies. Contact information for the national credit reporting agencies for the purposes of placing a fraud alert on your file is provided below. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert displayed on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. For this reason, placing a fraud alert can protect you, but also may delay you when you seek to obtain credit. If you are a victim of identity theft and have filed an identity theft report with law enforcement, you may want to consider placing an extended fraud alert, which lasts for 7 years, on your credit file.

   - **Equifax**, PO Box 105069, Atlanta, GA 30348-5069, www.equifax.com/personal/credit-report-services/credit-fraud-alerts, 1-800-525-6285
   - **Experian**, PO Box 9554, Allen, TX 75013, www.experian.com/fraud/center.html, 1-888-397-3742
   - **TransUnion**, PO Box 2000, Chester, PA 19016, www.transunion.com/fraud-alerts, 1-800-680-7289
   - **Innovis Consumer Assistance**, PO Box 26, Pittsburgh, PA 15230-0026, innovis.com/personal/fraudActiveDutyAlerts, 1-800-540-2505

4. **Security Freeze.** You have the right to place, lift, or remove a "security freeze" on your credit report, free of charge. A security freeze prohibits a credit reporting agency from releasing any information from a consumer's credit report without written authorization.  However, please be aware that placing a security freeze on your credit report may delay, interfere with, or prevent the timely approval of any requests you make for new loans, credit mortgages, employment, housing or other services. Under federal law, you cannot be charged to place, lift, or remove a security freeze. You must place your request for a freeze separately with each of the consumer reporting agencies. To place a security freeze on your credit report, you may do so by contacting each of the consumer reporting agencies through the contact information below:

   - **Equifax**, PO Box 105788, Atlanta, GA 30348-5788, www.equifax.com/personal/credit-report-services/credit-freeze, 1-800-298-0045
   - **Experian**, PO Box 9554, Allen, TX 75013, www.experian.com/freeze/center.html, 1-888-397-3742
   - **TransUnion**, PO Box 160, Woodlyn, PA 19094, www.transunion.com/credit-freeze, 1-888-909-8872
   - **Innovis**, PO Box 26, Pittsburgh, PA 15230-0026, www.innovis.com/personal/securityFreeze, 1-800-540-2505

In order to request a security freeze, you will need to provide some or all of the following information to the credit reporting agency, depending on whether you do so online, by phone, or by mail (note that if you are requesting a credit report for your spouse, this information must be provided for him/her as well): (1) full name, with middle initial and any suffixes; (2) Social Security number; (3) date of birth; (4) current address and any previous addresses for the past 5 years; and (5) any applicable incident report or complaint with a law enforcement agency or the Registry of Motor Vehicles. The request must also include a copy of a government-issued identification card and a copy of a recent utility bill or bank or insurance statement. It is essential that each copy be legible, display your name and current mailing address, and the date of issue. If you are a victim of identity theft, include a copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft.

The credit reporting agencies have 1 business day after receiving your request by toll-free telephone or secure electronic means, or up to 3 business days after receiving your request by mail, to place a security freeze on your credit report. The credit bureaus must also send written confirmation to you within 5 business days and may provide you with a unique personal identification number (PIN) or password (or both) that can be used by you to authorize the removal or lifting of the security freeze. It is important to maintain this PIN/password in a secure place, as you will need it to lift or remove the security freeze.

To lift the security freeze in order to allow a specific entity or individual access to your credit report, or to lift a security freeze for a specified period of time, you must submit a request through a toll-free telephone number, a secure electronic means maintained by a credit reporting agency, or by sending a written request via regular, certified, or overnight mail to the credit reporting agencies and include proper identification (name, address, and Social Security number) and the PIN or password provided to you when you placed the security freeze as well as the identity of those entities or individuals you would like to receive your credit report or the specific period of time you want the credit report available. The credit reporting agencies have 1 business day after receiving your request by toll-free telephone or secure electronic means, or 3 business days after receiving your request by mail, to lift the security freeze for those identified entities or for the specified period of time.

To remove the security freeze, you must submit a request through a toll-free telephone number, a secure electronic means maintained by a credit reporting agency, or by sending a written request via regular, certified, or overnight mail to each of the credit bureaus and include proper identification (name, address, and SSN) and the PIN number or password provided to you when you placed the security freeze.  The credit bureaus have 1 business day after receiving your request by toll-free telephone or secure electronic means, or 3 business days after receiving your request by mail, to remove the security freeze.

5. **Federal Trade Commission and State Attorneys General Offices.** If you believe you are the victim of identity theft or have reason to believe your personal information has been misused, you should immediately contact the FTC, proper law enforcement authorities and/or your state attorney general. You may also contact these agencies for information on how to prevent or avoid identity theft and to obtain additional information about fraud alerts and security freezes. You may contact the **FTC**, Consumer Response Center, 600 Pennsylvania Ave., NW, Washington, DC 20580, www.identitytheft.gov, 1-877-ID-THEFT (438-4338). This notice has not been delayed by law enforcement.

   - *California residents*: You may also wish to review the information provided by the California Attorney General at https://oag.ca.gov/idtheft.

   - *New Mexico residents*: Consumers have rights pursuant to the Fair Credit Reporting Act ("FCRA"), such as the right to be told if information in their credit file has been used against them, the right to know what is in their credit file, the right to ask for their credit score, and the right to dispute incomplete or inaccurate information. Further, pursuant to the FCRA, the consumer reporting bureaus must correct or delete inaccurate, incomplete, or unverifiable information; consumer reporting agencies may not report outdated negative information; access to consumers' files is limited; consumers must give consent for credit reports to be provided to employers; consumers may limit "prescreened" offers of credit and insurance based on information in their credit report; and consumers may seek damages from violators. Consumers may have additional rights under the FCRA not summarized here. Identity theft victims and active-duty military personnel have specific additional rights pursuant to the FCRA. We encourage consumers to review their rights pursuant to the FCRA by visiting www.consumerfinance.gov/f/201504_cfpb_summary_your-rights-under-fcra.pdf, or by writing Consumer Response Center, Room 130-A, FTC, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.

   - *New York residents*: You may obtain additional information about security breach response and identity theft prevention and protection from the New York State  Office of the Attorney General by calling 1-800-771-7755 or visiting https://ag.ny.gov; the New York State Police by calling 1-518-457-6721 or visiting https://troopers.ny.gov/; and/or the New York Department of State by calling 1-800-697-1220 or visiting https://www.dos.ny.gov.

   - *North Carolina residents*: You may obtain additional information about preventing identity theft provided by the North Carolina Attorney General at: 9001 Mail Service Center, Raleigh, NC 27699-9001; 1-877-566-7226 or 1-919-716-6000; and www.ncdoj.gov.