# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT S. GARNER a/k/a SCOTT GARNER, *individually and on behalf of all others similarly situated* | § § § § | |
| Plaintiff, | § § | Civil Action No. 4:24-cv-3300 |
| v. | § § | |
| AXIP ENERGY SERVICES, LP, | § § § | |
| Defendant. | § § | |

## DECLARATION OF STEPHEN CHILDRESS

1. My name is Stephen Childress. I am more than 21 years of age, of sound mental capacity, and capable of making this declaration. Based on the detailed factual descriptions contained herein below, I have personal knowledge of the facts stated herein.

2. I am currently employed as Chief Financial Officer by Axip Energy Services, LP ("Axip"), and I have held this position at all times relevant to this declaration. Axip is engaged in the business of providing natural gas compression services to upstream and midstream customers across the United States.

3. As part of my regular duties, I am familiar with Axip's policies and procedures. As Chief Financial Officer, I am familiar with the manner and method in which Axip's record custodian maintains and manages Axip's ordinary course business records.

4. I have reviewed Axip's Notice of Data Breach ("Notice") attached to this declaration. The attachments conforms to Axip's ordinary course record-keeping practices with timely recording by custodians with personal knowledge of the contents therein.

5. Between March 1, 2024 and May 6, 2024, Axip was the victim of a criminal ransomware attack. Upon discovering the breach, Axip promptly began an investigation and engaged

cybersecurity professionals to investigate, contain, and eradicate the incident. Axip notified all potentially affected individuals of the incident. The Notice was made at or near the time of the occurrence of the matter set forth in the notice, by a person having knowledge of the matter. The Notice was kept in the course of regularly conducted activity and was made as a regular practice in the course of Axip's regularly conducted activity.

6. My personal knowledge of the contents of the documents attached to this declaration supports the bases for my sworn testimony set forth in this declaration.

7. I declare under penalty of perjury under the laws of the United States of America, including 28 U.S.C. § 1746, that the foregoing is true and correct. Declarant further sayeth naught.

Dated: October 15, 2024

_____
Stephen Childress
Chief Financial Officer
Axip Energy Services, LP