UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **ROBERT S. GARNER a/k/a SCOTT GARNER, individually and on behalf of all others similarly situated,** § § § § | |
| **Plaintiff,** § | Civil Action No. 4:24-cv-3300 |
| § | |
| **vs.** § | |
| § | |
| **AXIP ENERGY SERVICES, LP,** § § | |
| **Defendant.** § | |

## AXIP'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to the Fed. R. Civ. P. 7.1, Defendant Axip Energy Services, LP ("Axip") hereby makes this Corporate Disclosure Statement:

1. Axip is not a publicly traded corporation.

2. No publicly traded corporation owns ten percent (10%) or more of Axip's stock.

3. Axip's general partnership interests are one hundred percent (100%) owned by Axip Energy Services Management, LLC. Axip's limited partnership interests are one hundred percent (100%) owned by E3 Compression Holdings LLC.

4. There is no publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of this litigation.

Date:  October 30, 2024

/s/Peter L. Loh
Peter L. Loh (TX 24036982)
Joe Swanson (pro hac vice forthcoming)
Ana Sofia Batista (TX 24137543)
FOLEY & LARDNER LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-3000
Fax: (214) 999-4667
ploh@foley.com
joe.swanson@foley.com
abatista@foley.com

COUNSEL FOR DEFENDANT
AXIP ENERGY SERVICES, LP.

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing instrument has been duly served upon all known counsel of record in accordance with the Federal Rules of Civil Procedure on October 30, 2024.

/s/ Peter L. Loh
Peter L. Loh