# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Robert Garner

v.  Case Number: 4:24–cv–03300

Axip Energy Service, LP

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Dena Hanovice Palermo**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 12/11/2024

**TIME:** 10:45 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   November 5, 2024                                          Nathan Ochsner, Clerk