# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ROBERT S. GARNER a/k/a SCOTT GARNER, *individually and on behalf of all others similarly situated*,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AXIP ENERGY SERVICES, LP,<br><br>　　　　　Defendant. | Case No. 4:24-CV-03300<br><br>**[PROPOSED] ORDER GRANTING MOTION TO EXTEND DEADLINE** |

This matter comes before the undersigned Judge on Plaintiff's unopposed Motion to Extend Deadline to file a responsive memorandum of law. The Court, having read the Motion and considered the pleadings on file, hereby **GRANTS** the Motion.

Therefore, **IT IS ORDERED** that this Plaintiff shall have until December 10, 2024, to file his Memorandum of Law in Response to Defendant's Motion to Dismiss.


Dated: _____　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Judge Andrew S Hanen