Case 4:24-cv-03300   Document 21   Filed on 11/19/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT S. GARNER a/k/a SCOTT GARNER, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> AXIP ENERGY SERVICES, LP, <br><br> Defendant. | Case No. 4:24-CV-03300 <br><br><br> **ORDER GRANTING MOTION TO EXTEND DEADLINE** |

This matter comes before the undersigned Judge on Plaintiff's unopposed Motion to Extend Deadline to file a responsive memorandum of law. The Court, having read the Motion and considered the pleadings on file, hereby **GRANTS** the Motion.

Therefore, **IT IS ORDERED** that this Plaintiff shall have until December 10, 2024, to file his Memorandum of Law in Response to Defendant's Motion to Dismiss.

Dated: 11/19/24

_____
The Honorable Judge Andrew S Hanen