# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Robert Garner

v.  Case Number: 4:24–cv–03300

Axip Energy Service, LP

## NOTICE OF RESETTING

**A proceeding has been set in this case as set forth below.**

**Before the Honorable Dena Hanovice Palermo**

**PLACE:**
by video

**DATE:** 2/13/2025

**TIME:** 10:45 AM

**TYPE OF PROCEEDING:** Initial Conference

Date: November 22, 2024                                              Nathan Ochsner, Clerk