United States District Court
Southern District of Texas
**ENTERED**
December 12, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT S. GARNER a/k/a SCOTT GARNER, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> AXIP ENERGY SERVICES, LP, <br><br> Defendant. | Case No. 4:24-CV-03300 <br><br> **ORDER GRANTING MOTION TO EXTEND DEADLINE FOR FILING A BRIEF** |

This matter comes before the undersigned Judge on Plaintiff's unopposed Motion to Extend Deadline to file a responsive memorandum of law. The Court, having read the Motion and considered the pleadings on file, hereby **GRANTS** the Motion.

Therefore, **IT IS ORDERED** that this Plaintiff shall have until January 9, 2025, to file his Memorandum of Law in Response to Defendant's Motion to Dismiss.

Dated: 12/12/24

_____
The Honorable Judge Andrew S Hanen