IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT S. GARNER a/k/a SCOTT GARNER, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>AXIP ENERGY SERVICES, LP,<br><br>Defendant. | Case No. 4:24-CV-03300<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING A RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |

Plaintiff Robert Garner a/k/a Scott Garner ("Plaintiff"), individually and on behalf of all others similarly situated (the "Class" or "Class Members"), moves this Court for an unopposed Motion to extend his time to respond to Defendant's Motion to Dismiss. Plaintiff respectfully requests the Court extend the time to file a responsive memorandum of law for an additional 21 days, to January 30, 2025. This is Plaintiff's second request for an extension; the Court previously granted an extension of time to respond that expires December 10, 2024.

The parties have met and conferred, and Defendant Axip Energy Services, LP has stated that it agrees to this extension. The parties have scheduled settlement discussions and Plaintiff seeks this extension to allow time for that process to reach its conclusion, in effort to conserve party and judicial resources. This stay is not sought for purposes of delay, but so that justice may be done.

Respectfully submitted,

Dated: January 8, 2024

*/s/ Phil Krzeski*
Philip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South
Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Facsimile: (612)-336-2940
*pkrzeski@chestnutcambronne.com*

*Attorneys for Plaintiff and Putative Class*

*\*Admitted Pro Hac Vice*