United States District Court
Southern District of Texas
**ENTERED**
January 13, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ROBERT S. GARNER a/k/a SCOTT GARNER, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>AXIP ENERGY SERVICES, LP,<br><br>Defendant. | Case No. 4:24-CV-03300<br><br><br>**ORDER GRANTING MOTION TO EXTEND DEADLINE FOR FILING A BRIEF** |

This matter comes before the undersigned Judge on Plaintiff's unopposed Motion to Extend Deadline to file a responsive memorandum of law. The Court, having read the Motion and considered the pleadings on file, hereby **GRANTS** the Motion.

Therefore, **IT IS ORDERED** that this Plaintiff shall have until January 30, 2025, to file his Memorandum of Law in Response to Defendant's Motion to Dismiss.

Dated: 1/10/25

The Honorable Judge Andrew S Hanen