# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ROBERT S. GARNER a/k/a SCOTT GARNER, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>AXIP ENERGY SERVICES, LP,<br><br>Defendant. | Case No. 4:24-CV-03300<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING A RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |

Plaintiff Robert Garner a/k/a Scott Garner ("Plaintiff"), individually and on behalf of all others similarly situated (the "Class" or "Class Members"), moves this Court for an unopposed Motion to extend his time to respond to Defendant's Motion to Dismiss. Plaintiff respectfully requests the Court extend the time to file a responsive memorandum of law for an additional 21 days, to February 20, 2025. This is Plaintiff's fourth request for an extension; the Court previously granted an extension of time to respond that expires January 30, 2025.

The parties have met and conferred, and Defendant Axip Energy Services, LP has stated that it agrees to this extension. Counsel for the parties have a tentative agreement and the parties believe that settlement is likely imminent and are attempting to finalize details. This stay is not sought for purposes of delay, but so that justice may be done.

1

Dated: January 29, 2025

Respectfully submitted,

*/s/ Philip J. Krzeski*
Philip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South
Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Fax: (612)-336-2940
*pkrzeski@chestnutcambronne.com*

*Admitted Pro Hac Vice*

*Attorneys for Plaintiff and Putative Class*