IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT S. GARNER a/k/a SCOTT GARNER, *individually and on behalf of all others similarly situated*,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AXIP ENERGY SERVICES, LP,<br><br>　　　　　Defendant. | Case No. 4:24-CV-03300<br><br>**[Proposed] ORDER GRANTING MOTION TO EXTEND DEADLINE FOR FILING A BRIEF** |

This matter comes before the undersigned Judge on Plaintiff's unopposed Motion to Extend Deadline to file a responsive memorandum of law. The Court, having read the Motion and considered the pleadings on file, hereby **GRANTS** the Motion.

Therefore, **IT IS ORDERED** that this Plaintiff shall have until February 21, 2025, to file his Memorandum of Law in Response to Defendant's Motion to Dismiss.

Dated: _____　　　　　_____

　　　　　　　　　　　　　　　　　　　　The Honorable Judge Andrew S Hanen