United States District Court
Southern District of Texas
**ENTERED**
February 03, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT S. GARNER a/k/a SCOTT GARNER, *individually and on behalf of all others similarly situated*, | Case No. 4:24-CV-03300 |
| Plaintiff, | **ORDER GRANTING MOTION TO EXTEND DEADLINE FOR FILING A BRIEF** |
| v. | |
| AXIP ENERGY SERVICES, LP, | |
| Defendant. | |

This matter comes before the undersigned Judge on Plaintiff's unopposed Motion to Extend Deadline to file a responsive memorandum of law. The Court, having read the Motion and considered the pleadings on file, hereby **GRANTS** the Motion.

Therefore, **IT IS ORDERED** that this Plaintiff shall have until February 21, 2025, to file his Memorandum of Law in Response to Defendant's Motion to Dismiss.

Dated: 1/31/25

The Honorable Judge Andrew S Hanen