United States District Court
Southern District of Texas
**ENTERED**
February 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT GARNER | § | CIVIL NO. 4:24-CV-03300 |
| | § | |
| AXIP ENERGY SERVICE, LP | § | |
| | § | |
| | § | |

## SCHEDULING ORDER

| | | | |
|---|---|---|---|
| 1. | Trial: Estimated time to try: \<ETT\> days | ☐ Bench   ☐ Jury | |
| 2. | New parties must be joined by: | 5/17/25 | |
| | *Furnish a copy of this scheduling order to new parties.* | | |
| 3. | The plaintiff's experts will be named with a report furnished by: | 8/15/25 | |
| 4. | The defendant's experts must be named with a report furnished by: | 9/15/25 | |
| 5. | Discovery must be completed by: | 10/15/25 | |
| | *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.* | | |
| 6a. | Dispositive Motions will be filed by: | 11/17/25 | |
| 6b. | Responses due by: | 12/15/25 | |
| 7. | Non-Dispositive Motions will be filed by: | 11/17/25 | |
| 8. | Parties will mediate the case by: | 10/29/25 | |
| 9. | Joint pretrial order is due: | 5/22/26 | |
| | *The plaintiff is responsible for filing the pretrial order on time.* | | |
| 10. | Pretrial Conference is set for **1:30 PM** on: | 6/22/26 | |
| 11. | Trial is set for **9:00 AM** on: | 7/6/26 | |
| | *The case will remain on standby until tried.* | | |

Signed on February 13, 2025, at Houston, Texas.

*Dena Palermo*
Dena Hanovice Palermo
United States Magistrate Judge